NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30282
12-NOV-2010
01:37 PM

NO. 30282

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY,
Plaintiff-Appellant,

v.

DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, et al.,
Defendants-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(AB 2008-138 (CASE NO. 1))

ORDER APPROVING THE STIPULATION TO DISMISS APPEAL
(By: Fujise, J. for the court[1]

Upon consideration of the Stipulation to Dismiss Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, November 12, 2010.

FOR THE COURT:

Associate Judge

---

[1] Considered by: Nakamura, C.J., Fujise and Leonard, JJ.